**Ronald Joselito PELAEZ–CATALAN, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–70478.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007.*

Filed Feb. 27, 2007.

CAC–District Counsel, Esq., Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Cindy S. Ferrier, Esq., Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Keith Ian McManus, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

## MEMORANDUM **

Ronald Joselito Pelaez–Catalan, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' order affirming without opinion an immigration judge's ("IJ") decision denying his motion to reopen deportation proceedings. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Azanor v. Ashcroft,* 364 F.3d 1013, 1018 (9th Cir. 2004), and we deny the petition for review.

The IJ did not abuse her discretion by denying the motion to reopen as untimely because the motion was filed over six years after the filing deadline set forth in 8 C.F.R. § 1003.23. *See Ekimian v. INS,* 303 F.3d 1153, 1156 (9th Cir.2002) (explaining that the filing deadline does not conflict with the adjustment of status provision at section 245(i) of the Immigration and Nationality Act).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Because the untimeliness of the motion is dispositive, we do not address Pelaez–Catalan's eligibility to adjust his status. Pelaez–Catalan's remaining contentions are not persuasive.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.